

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102

Alan I. Model
973.848.4740 direct
973.848.4700 main
973.755.0439 fax
amodel@littler.com

January 14, 2021

**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *Peralta et al v. John Allan's Fifth Avenue LLC et al*
Case No. 19-cv-02578-KPF

Dear Judge Failla:

This Firm represents Defendants in the above-referenced matter. We write in response to the Court's direction to file a joint letter and Proposed Case Management Plan and Scheduling Order. Absent the parties settling the matter in the short term, this Firm intends to withdraw as defense counsel. Therefore in effort to allow the parties to settle the matter and/or permit defense counsel to file a motion seeking to withdraw as counsel, Defendant respectfully requests a two week adjournment of the initial conference currently scheduled for January 21, 2020 and the corresponding filing of the proposed case management plan and scheduling order. Plaintiff's counsel consents to Defendants' request.

Thank you for your attention to this matter.

Respectfully submitted,

s/Alan I. Model

Alan I. Model

4848-5552-5847.1 068169.1002

littler.com

Application GRANTED. The telephonic initial pretrial conference scheduled for January 21, 2021, is hereby ADJOURNED to February 5, 2021, at 2:30 p.m. At the appointed time, the parties are to call (888) 363-4749 and enter access code: 5123533. Please note that the conference will not be available until 2:30 p.m.

Dated:    January 15, 2021          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE