# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

January 28, 2021

**Via ECF**

MEMO ENDORSED

Honorable Katherine Polk Failla, U.S.D.J.  
United States District Court for the Southern District of New York  
Thurgood Marshall  
40 Foley Square  
New York, NY 10007

    Re: <u>Peralta et al v. John Allan's Fifth Avenue LLC et al, 1:19-cv-02578-KPF</u>

Your Honor:

    This firm represents Plaintiffs in the above-referenced action. I write, together with Defendants' counsel, to apprise the Court of the current status of this matter.

    Following the unsuccessful mediation held on November 17, 2020, the parties started engaging, through their counsel, in settlement discussions over the past weeks, and are now close to reaching an agreement. In light of the likely impending settlement, the parties respectfully ask the court to adjourn the initial pretrial conference scheduled for February 5, 2021, and the filing of the Proposed Case Management Plan and Scheduling Order due today (See Dkt. No. 66). This is the second request of this kind, the former request was granted.

    We thank the Court for its time and attention to this matter.

                              Respectfully Submitted,

                              /s/ Catalina Sojo  
                              Catalina Sojo, Esq.

cc: Defendants' Counsel (via ECF)

```
Application GRANTED.  The initial pretrial conference scheduled for
February 5, 2021, is hereby ADJOURNED sine die.  The parties are
directed to file a status letter on the earlier of (i) March 1, 2021,
or (ii) upon a material change in the parties' settlement discussions.
                                         SO ORDERED.
Dated:    January 29, 2021
          New York, New York
```

*Certified as a minority-owned business in the State of New York*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE