UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ALMA PERALTA, *et al*, | |
|---|---|
| Plaintiffs, | |
| v. | 19 Civ. 2578 (KPF) |
| JOHN ALLAN'S FIFTH AVENUE LLC, *et al.*, | **ORDER** |
| Defendants. | |

KATHERINE POLK FAILLA, United States District Judge:

There is a settlement conference in this matter scheduled for May 26, 2021, at 3:30 p.m. That conference is hereby CONVERTED to a video conference. Instructions for accessing the video conference will be provided to the parties separately. Public audio access will be available as follows: At 3:30 p.m., the conference may be accessed at the dial-in (917) 933-2166, access code 824886383#.

SO ORDERED.

Dated: May 25, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge