# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165                 Facsimile: (212) 317-1620

May 26, 2021

**Via ECF**

**MEMO ENDORSED**

Honorable Katherine Polk Failla, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall
40 Foley Square
New York, NY 10007

    Re: <u>Peralta et al v. John Allan's Fifth Avenue LLC et al, 1:19-cv-02578-KPF</u>

Your Honor:

    This firm represents Plaintiffs in the above-referenced action. I write, together with Defendants' counsel, to respectfully ask the court to cancel today's conference since the parties just reached a settlement agreement on all points.

    The parties expect they will be in a position to file a settlement agreement for the Court's approval within the next two weeks.

    We thank the Court for its continued time and attention in helping us reach a resolution of the case.

                                                  Respectfully Submitted,

                                                /s/ Catalina Sojo
                                                Catalina Sojo, Esq.

cc:      Defendants' Counsel (via ECF)

Application GRANTED.  The conference scheduled for May 26, 2021, is hereby ADJOURNED *sine die*.  The parties are directed to file their proposed settlement paperwork on or before July 9, 2021.

Dated:    May 26, 2021           SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE